## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## Western Division
## Docket No. 5:10-MJ-1667-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| **vs.** ) | |
| ) | |
| **John Chandler** ) | |

     On February 9, 2011, John Chandler appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Simple Possession of a Controlled Substance - Cocaine and Simple Possession of a Controlled Substance - Marijuana, both in violation of 21 U.S.C. §844(a), was sentenced to a 12-month term of probation.

     From evidence presented at the revocation hearing on October 18, 2011, the court finds as a fact that John Chandler, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
2. Criminal conduct.
3. Failure to participate as directed in a urinalysis program.
4. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.

     **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 1 day.

     **IT IS FURTHER ORDERED** that upon release from custody, the defendant be placed on supervised release for a term of 6 months under the standard conditions of supervised release and the following additional condition:

1. The defendant shall participate and make satisfactory progress in the Potter's Wheel drug and alcohol rehabilitation program in Mount Olive, North Carolina. The defendant shall pay for the program.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

     This the 20 day of October, 2011.

                                                    William A. Webb
                                                    U.S. Magistrate Judge